IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMALIA TORRES and TERESA GONZALEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>AYVA CENTER, LLC, ANN VO, and ANNIE LAI,<br><br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 4:12-cv-02080<br><br>JURY TRIAL DEMANDED |

## STIPULATION & PROPOSED ORDER REGARDING
## <u>DISMISSAL WITH PREJUDICE</u>

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between the undersigned counsel for Amalia Torres, Teresa Gonzalez and Gabriela Vargas (collectively referred to as "Plaintiffs") and Ayva Center, LLC; Ann Vo and Annie Lai (collectively referred to as "Defendants") that this lawsuit is dismissed with prejudice to refiling.

Respectfully Submitted,

MOORE & ASSOCIATES

By: s/ Melissa Moore
    Melissa Moore
    State Bar No. 24013189
    Federal Id. No. 25122
    Curt Hesse
    State Bar No. 24065414
    Federal Id. No. 968465
    Lyric Center
    440 Louisiana Street, Suite 675
    Houston, Texas 77002
    Telephone: (713) 222-6775
    Facsimile: (713) 222-6739

**ATTORNEYS FOR PLAINTIFFS**

Respectfully Submitted,

LAW OFFICES OF LAUREN M. SERPER, P.C.

By: s/ Lauren M. Serper w/p MAM
    Lauren M. Serper
    State Bar No. 18032100
    Federal Id. No. 7334
    3405 Edloe Street, Suite 200
    Houston, Texas 77027
    Telephone: (713) 278-9398
    Facsimile (713) 785-0808

**ATTORNEY FOR DEFENDANTS**

SO ORDERED this 14th day of January in the year 2013 at Houston, Texas.

Nancy F. Atlas
United States District Judge